
ORIGINAL

FILED

12/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0693

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0693

_____

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

DANIELLE VIGIL,

    Defendant and Appellant.

_____

O R D E R

FILED

DEC 1 1 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Alexander H. Pyle, Assistant Appellate Defender, petitions this Court, on behalf of Defendant and Appellant Danielle Vigil, for an out-of-time appeal from the March 13, 2024 Order Extending Term of Deferred Sentence of the Second Judicial District Court, Butte-Silver Bow County, in Cause No. DC 19-242. The Attorney General's Office does not object to this motion.

Pyle asserts this matter was not promptly referred to the Appellate Defender Division before the filing deadline for the Notice of Appeal and it was unclear whether the March 13, 2024 Order was a final, appealable order until Pyle had the opportunity to more closely scrutinize the case.

Pyle argues it would be unjust to deny Vigil the right to appeal when the untimeliness of the Notice of Appeal was caused by circumstances outside of Vigil's control.

We grant out-of-time appeals under M. R. App. P. 4(6) when an appellant establishes the existence of "extraordinary circumstances amounting to a gross miscarriage of justice," which would exist if we were to deny the petition here.

IT IS THEREFORE ORDERED that the petition for an out-of-time appeal is GRANTED.

IT IS FURTHER ORDERED that, on or before January 7, 2025, Pyle shall prepare, file, and serve a Notice of Appeal and a Request for Transcripts, if necessary, in compliance with the Montana Rules of Appellate Procedure.

The Clerk is directed to provide copies of this Order to all counsel of record.

DATED this 11 day of December, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices

2